**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JORDAN SALLASKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   **Case No. CIV-06-1039-F** |
| | ) |
| SOUTHWESTERN OKLAHOMA | ) |
| STATE UNIVERSITY, et al., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANTS EXHIBIT LIST**

COME NOW, Defendants, Southwestern Oklahoma State University ("SWASU"), Chip Diffendaffer, Brian Adler and David Misak, and for their Exhibit List would show as follows:

| No. | Title/Description |
|---|---|
| 1. | Forensic Analysis Report from Techno Crime Institute. (OAG Bates No. 0351-0367) |
| 2. | Portion of Forensic Analysis Report from Techno Crime Institute pertaining to Plaintiff. (OAG Bates No. 001-008) |
| 3. | Information obtained by Techno Crime Institute from Plaintiff's computer. (OAG Bates No. 0098-0131) |
| 4. | Jordan Sallaska Erotic Expressions Internet and File Activity Analysis. (OAG Bates No. 0462-0488) |
| 5. | Erotic Expressions work flow and script document. (OAG Bates No. 0858-0866) |
| 6. | Jordan Sallaska's contract with Erotic Expressions. (OAG Bates No. 0069-0074) |
| 7. | Report Summary of Plaintiff's time sheets and her usage of Erotic Expressions website. (OAG Bates No. 0132) |

| | |
|---|---|
| 8. | Jordan Sallaska Erotic Expressions Activity and Timesheet (OAG Bates No. 0421). |
| 9. | June 18, 2003 email from Plaintiff to Todd Brunner at Wright Radio regarding KQMX website. |
| 10. | July 3, 2003 email from Plaintiff to Brian Howland. |
| 11. | February 10, 2005 email from Diffendaffer to Plaintiff and Wright regarding use of SWOSU resources for private business endeavors. |
| 12. | June 20, 2005 letter to Diffendaffer and Plaintiff Re: Review of Concerns. |
| 13. | Plaintiff's written responses to follow-up questions regarding her allegations completed on July 27, 2005. |
| 14. | August 23, 2005 letter to Sallaska providing findings from the review of Plaintiff's concerns. |
| 15. | December 15, 2005 Response to EEOC Notice of Charge of Discrimination. |
| 16. | SWOSU's sexual harassment policy and EEO statement. |
| 17. | Work emails between Plaintiff and Diffendaffer. |
| 18. | Information on South by Southwest 2005 Conference. |
| 19. | Web pages from the Jordan Sallaska website at www.jordansallaska.com. |
| 20. | EEOC Charge 311-2005-01354 and contents of the file. |
| 21. | EEOC Charge 564-2006-00116 and contents of the file. |
| 22. | SWOSU Policies and Procedures. |
| 23. | Plaintiff's Personnel File. |
| 24. | Plaintiff's OESC file. |
| 25. | Defendant David Misak's Notes from Meetings throughout the course of his investigation and involvement of Plaintiff's allegations. |
| 26. | Plaintiff's 1099s and W-2s. (Plaintiff's Bates No. 539-560 and those yet to be produced) |

| 27. | Parody Video shown by Defendant Chip Diffendaffer to Plaintiff and Kyle Wright. |
|---|---|
| 28. | Protective Order filing in Washita County, State of Oklahoma. (OAG Bates No. 01933-01944) |
| 29. | Defendant Chip Diffendaffer's summary of events. (OAG Bates No. 01950-01954) |
| 30. | Notes from Meeting on October 10, 2005. (OAG Bates No. 02087) |
| 31. | Notes from Dennis Cave. (OAG Bates No. 02093) |
| 32. | Notes from July 19, 2005 meeting. (OAG Bates No. 02094-02098) |
| 33. | Letter dated August 17, 2005, to Chip Diffendaffer from Brian Adler and David Misak (OAG Bates No. 02103-02105) |
| 34. | Letter dated August 17, 2005, from Chip Diffendaffer to David Misak. (OAG Bates No. 02106) |
| 35. | Sexual Harassment Training Information and notes from 08-18-05, (OAG Bates No. 02107-02124) |
| 36. | Letter dated August 24, 2005 to President John M. Hayes from Lori Young. (OAG Bates No. 02126) |
| 37. | Plaintiff's Time Sheets. (OAG Bates No. 0629-0632) |
| 38. | Letter dated November 29, 2005, to Dr. John M. Hays, Office of the President from Brian Adler; David Misak; Tom Fagan; Darla Davenport, providing a Summary of the Review of Plaintiff's questionable activities. |
| 39. | Letter dated November 30, 2005, to Jordan Salaska advising her of termination and her right to request a termination hearing to review the decision with Letter dated November 29, 2005, attached. |
| 40. | Letter dated July 6, 2005, from Plaintiff to David Misak. |
| 41. | Letter dated August 20, 2005, to Jordan Sallaska from Brian Adler and David Misak. |
| 42. | Letter dated December 16, 2005, to Jordan Sallaska from David Misak, regarding Termination Appeal Committee Findings. |

| | |
|---|---|
| 43. | Letter dated December 9, 2005, from Jordan Sallaska to President John Hays. |
| 44. | Email Correspondence concerning the scheduling of meetings with Jordan from November 2005. |
| 45. | Letter dated August 3, 2005, from Plaintiff requesting administrative leave. |
| 46. | Letter dated August 23, 2005 to Plaintiff from Defendant David Misak. |
| 47. | Letter dated August 5, 2005, to Plaintiff from David Misak. |
| 48. | Email from Chip Diffendaffer dated February 10, 2005, sent to Kyle Wright and Jordan Sallaska. |
| 49. | Email Correspondence between the parties and Kyle Wright. |
| 50. | Email from Jeffrey Zeldman to Jordan Sallaska dated April 29, 2005. |
| 51. | Email correspondence between Chip Diffendaffer and Jordan Sallaska regarding timesheet folder in July of 2005. |
| 52. | Notes from meeting on July 8, 2005 with Plaintiff. |
| 53. | Notes from meeting on July 19, 2005, with Plaintiff. |
| 54. | Instant Messaging Logs. |
| | Letter dated August 19, 2005, to Plaintiff from Defendant David Misak. |
| 55. | Documents presented by Plaintiff to the Review Committee during her termination appeal, including typed statements by Plaintiff; Email correspondence; Memorandum to Plaintiff's Attorney (OAG Bates No. 1779-1883). |
| 56. | Plaintiff's Medical Records. |
| 57. | Email Correspondence between Defendant David Misak and Plaintiff Jordan Sallaska. |
| 58. | Email Correspondence from Defendant David Misak to Termination Appeal Committee. (OAG Bates No. 1221) |
| 59. | Email Correspondence between David Misak and Debra Purdum. (OAG Bates No. 1225-1226) |

| 60. | Letter dated December 16, 2005 to Plaintiff from David Misak. (OAG Bates No. 1253) |
|---|---|
| 61. | Recommendation of Termination Appeal Committee. (OAG Bates No. 1255) |
| 62. | Notification of Resignation from Defendant Diffendaffer dated September 20, 2005. (OAG Bates No. 0664) |
| 63. | Letter from Jordan Sallaska to David Misak dated July 6, 2005. (OAG Bates No. 0832-0834) |
| 64. | Notes from July 19, 2005 meeting. (OAG Bates No. 0884-0890) |
| 65. | Notes from meetings regarding Tom Fagan and Darla Davenport's investigations into Defendant Chip Diffendaffer's concerns. |
| 66. | Demonstrative Aids as necessary. |
| 67. | All depositions taken and exhibits used therein. |
| 68. | All documents produced by Defendants during discovery. |
| 69. | All documents produced by Plaintiff during discovery. |
| 70. | Plaintiff's responses to Defendants' discovery requests. |
| 71. | All exhibits listed by Plaintiff not objected to by Defendants whether used at time of trial or not. |
| 72. | All documents necessary for impeachment and rebuttal. |
| 73. | Documents produced pursuant to subpoenas duces tecum not objected to by Defendants. |
| 74. | Further exhibits to be identified in accordance with the Court's Scheduling Order. |

Discovery is ongoing; thus, Defendants reserve the right to amend and supplement the foregoing as necessary.

Respectfully submitted,

s/ Tina L. Izadi
**TINA L. IZADI, OBA #17978**
**KINDANNE C. JONES, OBA #11374**
Assistant Attorneys General
Oklahoma Attorney General's Office
Litigation Section
313 N. E. 21st Street
Oklahoma City, Oklahoma   73105
Tele: (405) 521-4274   Fax: (405) 521-4518
Kindanne.Jones@oag.ok.gov
Tina.Izadi@oag.ok.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jana B. Leonard
Joshua C. Stockton
Leonard & Associates, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma   73139
*Attorneys for Plaintiff*

s/ Tina L. Izadi
Tina L. Izadi